# UNITED STATES DISTRICT COURT
## Western District of Texas
### WACO DIVISION

UNITED STATES OF AMERICA

v.

JOSHUA R. SCHWARTING

Defendant.

Case Number   W13-744M
USM Number   NOT PROVIDED

**FILED**
SEP 17 2013
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

2013 SEP 18 PM 1:59
UNITED STATES MARSHALS
WESTERN DISTRICT OF WACO TEXAS

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant, JOSHUA R. SCHWARTING, was represented by Steven Walden.

The defendant pled guilty to Count 1 of the Information on 6/14/2013. Accordingly, the defendant is adjudged guilty of such Count, involving the following offense:

| Title & Section | Nature of Offense | Offense Ended | Count(s) |
|---|---|---|---|
| 18 USC 641 | Theft of Government Property | April 15, 2013 | 1 |

As pronounced on 9/13/2013, the defendant is sentenced as provided in pages 2 through 6 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the Court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this the ___17th___ day of September, 2013.

_____
JEFFREY C. MANSKE
United States Magistrate Judge